```
CLARK HILL LLP
BRADFORD G. HUGHES (SBN 247141)
TIFFANY B. HUNTER (SBN 306382)
bhughes@ClarkHill.com
thunter@clarkhill.com
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone:  (213) 891-9100
Facsimile:  (213) 488-1178
```

Attorneys for Defendant FCA US LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KI HYUN KIM, individually, and on behalf of those similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>FCA US LLC, a Delaware limited liability company,<br><br>　　　　　　　　Defendant. | Case No. 2:23-cv-00581-DSF-MAA<br><br>**JOINT STIPULATION TO CONTINUE RULE 16 SCHEDULING CONFERENCE [ECF. 16] AND RELATED DEADLINES UNTIL AFTER DEFENDANT'S MOTION TO DISMISS [ECF. 15]** |

**TO THE HONORALE COURT, THE PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff KI HYUN KIM ("Plaintiff") and Defendant FCA US LLC ("Defendant") (collectively herein the "Parties") by and through their respective counsel, stipulate as follows:

WHEREAS, Defendant filed a Motion to Dismiss this Case / Class Action Complaint on May 30, 2023 [ECF 15];

WHEREAS, Defendant's Motion to Dismiss was set for hearing before the Court on July 3, 2023, at 1:30 p.m.;

WHEREAS, on May 30, 2023, the Court issued an Order Setting Scheduling Conference pursuant to Rule 16(b) of the Federal Rules of Civil Procedure

1

(hereinafter, the "Scheduling Conference") for July 10, 2023, at 11:00 a.m. [ECF 16];

WHEREAS, on June 20, 2023, Plaintiff's counsel filed a First Amended Complaint on behalf of a new Plaintiff, Berta Agaronyan [ECF 17];

WHEREAS, as a result of the filing of the First Amended Complaint the Court has taken off calendar Defendant's Motion to Dismiss [ECF. 18];

WHEREAS, Defendant is in the process of reviewing the First Amended Complaint to determine an appropriate response, including meeting and conferring pursuant to Local Rule 7-3 in advance of filing a motion pursuant to Federal Rules of Civil Procedure Rule 12;

WHEREAS, the timing of the Scheduling Conference requires that the Parties meet and confer and file a Joint Rule 26(f) Report by July 3, 2023, which is before the July 5, 2023, deadline for Defendant to file a response to the First Amended Complaint;

WHEREAS, the scope and nature of discovery in this matter between the Parties may turn on the Court's ruling on Defendant's anticipated Motion to Dismiss the First Amended Complaint;

WHEREAS, the Parties have met and conferred to discuss preparing a Joint Rule 26(f) report but agree that submission of the same on the heels of the filing of the First Amended Complaint and prior to a ruling on the anticipated Motion to Dismiss the First Amended Complaint would not result in an accurate, useful, or complete Joint Report; and

WHEREAS, the Parties have met and conferred and agree that continuing the deadlines for the Scheduling Conference until after the ruling on the anticipated Motion to Dismiss the First Amended Complaint will assist the parties in providing the Court with an accurate, useful, and complete Joint Report (assuming one is necessary at all).

///

THEREFORE, the Parties hereby Stipulate between themselves and jointly request that the Court continue the July 10, 2023, Scheduling Conference from July 10, 2023, until after the hearing on Defendant's anticipated Motion to Dismiss the First Amended Complaint, or another date and time available for the Court, assuming that any such Scheduling Conference is necessary after the Motion to Dismiss.

SO STIPULATED.

Dated: June 21, 2023                    CLARK HILL LLP


By: /s/ Bradford G. Hughes
　　　Bradford G. Hughes

Attorneys for Defendant FCA US LLC


Dated: June 21, 2023                    BORISON LAW


By: /s/ Craig Borison
　　　Craig Borison

Attorneys for Plaintiff
KI HYUN KIM